**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7396

BARNEY ADRIAN DUNLAP,

Petitioner - Appellant,

v.

DAVID MITCHELL, Superintendent, Lanesboro Correctional Institution,

Respondent - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Martin K. Reidinger, Chief District Judge. (5:15-cv-00139-MR)

Submitted: April 20, 2023                                   Decided: April 25, 2023

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Barney Adrian Dunlap, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barney Adrian Dunlap appeals the district court's August 23, 2022, order denying his motion to reopen the time to appeal. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Dunlap's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*